MAY 16, 1994

No. 93–8310. CLEVELAND v. ARKANSAS. Sup. Ct. Ark. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. E. B.* v. *Alabama ex rel. T. B.*, *ante*, p. 127.

No. — – —. WELLS v. AMERICAN AIRLINES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – —. PREWITT v. MOLPUS, SECRETARY OF STATE OF MISSISSIPPI, ET AL. Motion of appellant to direct the Clerk to file jurisdictional statement that does not comply with the Rules of this Court and to allow appellant to represent his minor children on appeal denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion for leave to file bill of complaint granted, and defendant is allowed 60 days to file an answer. [For earlier order herein, see 510 U. S. 805.]

No. 93–1152. GARRATT v. MORRIS ET AL., *ante*, p. 1004. Motion of respondents for taxation of costs and award of attorney's fees denied.

No. 93–1454. CALDERON, WARDEN, ET AL. v. CLAIR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.